# United States District Court

WESTERN DISTRICT OF WASHINGTON

CARVIN WILLIAMS

        v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5704

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The above captioned case is reversed and remanded for further administrative proceedings.

April 24, 2009

BRUCE RIFKIN
Clerk

Jennie L Patton
Deputy Clerk